```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                        Case No. 16-10695-mdc
Pamela M. Brown                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi              Page 1 of 1          Date Rcvd: Jul 29, 2016
                               Form ID: pdf900          Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2016.
db             +Pamela M. Brown,    75 E. Church Lane,    Philadelphia, PA 19144-2212
13669000       +U.S. Bank, N.A., as Trustee for,    Pennsylvania Housing Financr Agency,
                 211 North Front Street,   P.O. Box 15057,   Harrisburg, PA 17105-5057
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

```
             ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2016 at the address(es) listed below:
              DEVON E. SANDERS    on behalf of Debtor Pamela M. Brown dsanders@clsphila.org
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Pamela M. Brown | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-10695MDC |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor U.S. Bank N.A., as Trustee for PA Housing Finance Agy;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 106,061.97 has been filed in your name by Jennifer Schultz, Esq. on 7/28/16.

Dated: July 29, 2016

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Randi Janoff
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)