**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Pamela M. Brown <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-10695 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982), and index same on the master mailing list.

Re: Loan # Ending In: 9168

                                                  Respectfully submitted,

                                                  **/s/Joshua I. Goldman, Esquire**
                                                  Thomas Puleo, Esquire
                                                  Joshua I. Goldman, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 825-6306  FAX (215) 825-6406