UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Pamela M. Brown                   :
          Debtor(s)            :   Case No.   16-10695-mdc
                                :   Chapter    13

## CERTIFICATION OF SERVICE

     I, Jennifer Schultz, counsel for Debtor(s) herein, certify that I filed the Chapter 13 Plan with the Electronic Filing System, and have received a "Notice of Electronic Filing" confirming that the following parties have received service or notice of the Chapter 13 Plan by reason of their registration in compliance with paragraph 2(c) and (d) of ECF Standing Order 03-3005 and as amended by ECF Standing Order 04-3009:

William C. Miller, Esquire
Chapter 13 Trustee
111 South Independence Mall, Suite 583
Philadelphia, PA 19106

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 1910-1532

and a copy of Debtor's Chapter 13 Plan has been served, by first class mail, postage prepaid, or by electronic means, on the date below to the remaining creditors and parties in interest.

Debt Recovery Solutions, LLC
900 Merchants Concourse
Suite LL 11
Westbury, NY 11590-5121

U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

Porania LLC
P.O. Box 11405
Memphis, TN 38111-0405

Seventh Avenue
P.O. Box 800849
Dallas, TX 75380

Pamela M. Brown
75 E. Church Lane
Philadelphia, PA 19144-2212

City of Philadelphia School District
Municipal Services Building
1401 John F. Kennedy Blvd. 5th Floor
Philadelphia, PA 19102-1617

Pennsylvania Housing Finance Agency
211 N. Front Street
Harrisburg, PA 1710

Philadelphia Gas Works
Attn: Bankruptcy Unit
800 W. Montgomery Avenue, 3rd Floor
Philadelphia, PA 19122-2898

U.S. Department of Education
P.O. Box 16448
St. Paul, MN 55116-0448

City of Philadelphia
Revenue Department
Attn Bankruptcy/Real Estate Taxes
P.O. Box 1630
Philadelphia, PA 19105-1630

Date:  August 16, 2016             Signed:  /s/ Jennifer Schultz
                                            Attorney for the Debtor

                                   Jennifer Schultz, Esquire
                                   Community Legal Services, Inc.
                                   Law Center North Central
                                   1410 W. Erie Avenue
                                   Philadelphia, PA 19140
                                   Tel.: (215) 227-2400 x 2420