# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 16-10695-MDC

PAMELA M. BROWN

75 E. CHURCH LANE

PHILADELPHIA, PA 19144

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAMELA M. BROWN

    75 E. CHURCH LANE

    PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

    JENNIFER SCHULTZ
    NORTH PHILA LAW CENTER
    1410 W ERIE AV
    PHILA, PA 19140-4111

Date: 10/23/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee