**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Pamela M. Brown                :
            Debtor(s)       :  Case No.    16-10695-mdc
                                     :  Chapter    13
                                     :

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

     Kindly withdraw my appearance on behalf of Pamela Brown, Debtor, in reference to the above-captioned matter.

Date:  November 25, 2019       Signed:  /s/ Jennifer Schultz
                                                           Jennifer Schultz, Esquire
                                                           Community Legal Services, Inc.
                                                           1410 W. Erie Ave.
                                                           Philadelphia, PA 19140
                                                           Tel.: (215) 227-2400

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

     Kindly enter my appearance on behalf of Pamela Brown, Debtor, in reference to the above-captioned matter.

Date:  November 25, 2019       Signed:  /s/ Alfonso Madrid
                                                           Alfonso Madrid, Esquire
                                                           Community Legal Services, Inc.
                                                           1410 W. Erie Ave.
                                                           Philadelphia, PA 19140
                                                           Tel.: (215) 227-2400

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Pamela M. Brown         :
                Debtor(s)     :   Case No.   16-10695-mdc
                                    :   Chapter    13
                                    :

## CERTIFICATION OF SERVICE

I, Thu Tran, counsel for Debtor herein, certify that I filed Withdrawal and Entry of Appearance with the Electronic Filing System, and have received a "Notice of Electronic Filing" confirming that the following parties have received service or notice of the Chapter 13 Plan by reason of their registration in compliance with paragraph 2(c) and (d) of ECF Standing Order 03-3005 and as amended by ECF Standing Order 04-3009:

WILLIAM C. MILLER, Esq.  
Chapter 13 Trustee  
P.O. Box 1229  
Philadelphia, PA 19105  

Thomas Puleo, Esquire  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  

*U.S. Trustee*  
United States Trustee  
Office of the U.S. Trustee  
200 Chestnut Street  
Suite 502  
Philadelphia, PA 19106  

Joshua I. Goldman, Esquire  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  

Date:   November 25, 2019       Signed:   /s/ Alfonso Madrid  
                                                           Alfonso Madrid, Esquire  
                                                           Community Legal Services, Inc.  
                                                           1410 W. Erie Ave.  
                                                           Philadelphia, PA 19140  
                                                           Tel.: (215) 227-2400