Certificate Number: 17082-PAE-DE-035110257

Bankruptcy Case Number: 16-10695



17082-PAE-DE-035110257

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 21, 2020, at 6:13 o'clock PM MST, PAMELA M BROWN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 21, 2020         By:    /s/Orsolya K Lazar

                                  Name:  Orsolya K Lazar

                                  Title: Executive Director