## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| PAMELA M. BROWN | : | CASE NO: 16-10695MDC: |
| | : | |
| Debtor | : | |

## PRAECIPE TO WITHDRAW DOCUMENT

TO CLERK OF COURT

Please be advised that Debtor withdraws the Motion for Determination of Final Cure and Payment of All Post-petition Mortgage Payments (the "Motion"), filed on April 23, 2021. Doc. No. 58.

/s/ Alfonso Madrid
ALFONSO MADRID
Community Legal Services of Philadelphia
Attorney for Debtor
1410 W. Erie Ave.
Philadelphia PA 19140
(215) 215-227-4795
(215)227-2435
amadrid@clsphila.org